### McLOUGHLIN v. STEURWALD.

(Supreme Court, Appellate Term. December 28, 1899.)

LANDLORD AND TENANT—SUMMARY PROCEEDINGS FOR POSSESSION.
An agreement for a lease, which the landlord subsequently refused to enter into, of property thereafter conveyed to a third party, to whom the tenant with whom such agreement was made paid the rent claimed to be due, does not sufficiently show the relation of landlord and tenant upon which to base a summary proceeding by such landlord for possession for nonpayment of rent.

Appeal from municipal court, borough of Manhattan, Seventh district.

Summary proceeding by Thomas J. McLoughlin against Catharine A. Steurwald. Judgment for defendant, and plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Max Stennert, for appellant.
Jacob Levy, for respondent.

FREEDMAN, P. J.   This is a summary proceeding, taken to recover possession of premises in the city of New York, based upon a petition alleging nonpayment of rent for the months of May and June, 1899, and claimed by the petitioner therein to have been leased to the tenant herein.   There was sufficient testimony in the case, given on behalf of the tenant, to show that the relation of landlord and tenant never existed between the parties, and that, although at one time there existed an oral agreement for a lease, the landlord subsequently refused to enter into a lease, and thereafter conveyed the premises to a third party, to whom the tenant paid the amount of rent claimed by the landlord in these proceedings, and for the months of May and June, 1899.   The court below took that view of the evidence, and gave a judgment in favor of the tenant, and there appears no good reason for a reversal.

Order and judgment affirmed, with costs.   All concur.